**Anthony MORALES, Petitioner–Appellant,**

v.

**BOGDEN, Acting Warden, Respondent–Appellee.**

No. 01–7527.

United States Court of Appeals, Fourth Circuit.

Submitted June 6, 2002.

Decided June 21, 2002.

Anthony Morales, Appellant Pro Se.

Before MICHAEL and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Anthony Morales appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Morales v. Bogden,* No. CA–01–2240–JFM (D.Md. Aug. 29, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*